## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-cr-00020-3 |
| | ) | Judge Trauger |
| RODNEY EUGENE WHITAKER | ) | |
| | ) | |
| Defendant. | ) | |

### **O R D E R**

It is hereby ORDERED that a hearing shall be held on the Petition to Revoke Supervision (Docket No. 164) on Thursday, June 29, 2017 at 2:30 p.m.

It is so **ORDERED.**

Enter this 11th day of May 2017.

_____
ALETA A. TRAUGER
U.S. District Judge